UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IRA KLEIMAN, as the personal representative of the Estate of David Kleiman, and W&K INFO DEFENSE RESEARCH, LLC<br><br>*Plaintiffs,*<br><br>v.<br><br>CRAIG WRIGHT<br><br>*Defendant.* | CASE NO.: 9:18-cv-80176-BB |

## NOTICE OF APPEAL

Notice is given that Plaintiff Ira Kleiman, as personal representative of the Estate of David Kleiman, appeals to the United States Court of Appeals for the Eleventh Circuit from the Amended Final Judgment entered March 9, 2022 (Dkt. No. 889), and all antecedent orders, including but not limited to the Order on Motion for New Trial dated February 28, 2022. (Dkt. No. 887.)

Dated: April 8, 2022

Respectfully submitted,

By: */s/ Devin (Velvel) Freedman*
Velvel (Devin) Freedman
**ROCHE FREEDMAN LLP**
One SE 3rd Avenue, Suite 1240
Miami, Florida 33131
vel@rochefreedman.com

Kyle W. Roche
**ROCHE FREEDMAN LLP**
99 Park Avenue, 19th Floor
New York, New York 10016
kyle@rochefreedman.com

Andrew S. Brenner
**BOIES SCHILLER FLEXNER LLP**
100 SE 2nd Street, Suite 2800
Miami, Florida 33131
abrenner@bsfllp.com

> Maxwell V. Pritt
> Alexander J. Holtzman
> **BOIES SCHILLER FLEXNER LLP**
> 44 Montgomery Street, Floor 41
> San Francisco, CA 94104
> mpritt@bsfllp.com
> aholtzman@bsfllp.com
>
> *Counsel to Plaintiff Ira Kleiman as Personal Representative of the Estate of David Kleiman*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 8, 2022 a true and correct copy of the foregoing was filed with CM/ECF, which caused a copy to be served on all counsel of record.

> */s/ Devin (Velvel) Freedman*
> Devin (Velvel) Freedman