Rev. 4/18

UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

# CIVIL APPEAL STATEMENT

*Please TYPE. Attach additional pages if necessary.*

11th Circuit Docket Number: 22-11150-G

Caption:

IRA KLEIMAN, as the Personal Representative of the Estate of David Kleiman,

vs.

CRAIG WRIGHT

District and Division: Florida Southern District, Miami Division
Name of Judge: Judge Beth Bloom
Nature of Suit: Civil Fraud, Breach of Partnership Duties

Date Complaint Filed: 2/14/18
District Court Docket Number: 9:18-cv-80176-BB

Date Notice of Appeal Filed: 4/8/22
☐ Cross Appeal ☐ Class Action

Has this matter previously been before this court?
☐ Yes ☑ No
If Yes, provide
(a) Caption: ______
(b) Citation: ______
(c) Docket Number: ______

| | Attorney Name | Mailing Address | Telephone, Fax, Email |
|---|---|---|---|
| For Appellant:<br>☑ Plaintiff<br>☐ Defendant<br>☐ Other (Specify) | Devin Freedman | 1 SE 3rd Avenue<br>Suite 1250<br>Miami, FL 33131 | vel@rochefreedman.com |
| For Appellee:<br>☐ Plaintiff<br>☑ Defendant<br>☐ Other (Specify) | Andres Rivero | 2525 Ponce de Leon Blvd.,<br>Suite 1000<br>Miami, FL 33134 | arivero@riveromestre.com |

*Please CIRCLE/CHECK/COMPLETE the items below and on page 2 that apply.*

| Jurisdiction | Nature of Judgment | Type of Order | Relief |
|---|---|---|---|
| ☐ Federal Question | ☑ Final Judgment, 28 USC 1291 | ☐ Dismissal/Jurisdiction | Amount Sought by Plaintiff: $ 600,000,000,000.00 |
| ☑ Diversity | ☐ Interlocutory Order, 28 USC 1292(a)(1) | ☐ Default Judgment | Amount Sought by Defendant: $______ |
| ☐ US Plaintiff | ☐ Interlocutory Order Certified, 28 USC 1292(b) | ☐ Summary Judgment | Awarded: $ 144,000,000.00 to Plaintiff/Appellant |
| ☐ US Defendant | ☐ Interlocutory Order, Qualified Immunity | ☐ Judgment/Bench Trial | Injunctions: |
| | ☐ Final Agency Action (Review) | ☑ Judgment/Jury Verdict | ☐ TRO |
| | ☐ 54(b) | ☐ Judgment/Directed Verdict/NOV | ☐ Preliminary ☐ Granted |
| | | ☐ Injunction | ☐ Permanent ☐ Denied |
| | | ☐ Other ______ | |

Based on your present knowledge:

(1) Does this appeal involve a question of First Impression? ☐ Yes ☑ No
What is the issue you claim is one of First Impression? ______

(2) Will the determination of this appeal turn on the interpretation or application of a particular case or statute? ☐ Yes ☑ No

If Yes, provide
(a) Case Name/Statute ______
(b) Citation ______
(c) Docket Number if unreported ______

(3) Is there any case now pending or about to be brought before this court or any other court or administrative agency that
(a) Arises from substantially the same case or controversy as this appeal? ☑ Yes ☐ No
(b) Involves an issue that is substantially the same, similar, or related to an issue in this appeal? ☑ Yes ☐ No

If Yes, provide
(a) Case Name (1) Ramona Ang vs. Ira Kleiman / (2) Lynn Wright vs. Ira Kleiman
(b) Citation (1) 0-2021-CA-004758-XXXX-MB / (2) 50-2013-CP-005060-XXXX-NB
(c) Docket Number if unreported ______
(d) Court or Agency (1) 15th Judicial Circuit Court for Palm Beach County, FL / (2) 15th Judicial Circuit Court for Palm Beach County, FL

(4) Will this appeal involve a conflict of law
(a) Within the Eleventh Circuit? ☐ Yes ☑ No
(b) Among circuits? ☐ Yes ☑ No

If Yes, explain briefly:

(5) Issues proposed to be raised on appeal, including jurisdictional challenges:
At this time, Appellant anticipates/raises the following issues on appeal, but reserves the right to amend or supplement this list.

1. Did the DC err by denying the Estate's motion for new trial, based on defendant's repeated violations of the court's in limine order prohibiting mention of the relationship between Dave and Ira Kleiman?
2. Did the DC err by allowing defendant's expert to testify that defendant's false testimony was the result of his alleged Asperger's syndrome?
3. Did the DC err by misinstructing the jury on the required elements of a partnership?
4. Did the DC err by denying Plaintiffs' request for sanctions and for a jury instruction on sanctions?

I CERTIFY THAT I SERVED THIS CIVIL APPEAL STATEMENT ON THE CLERK OF THE U.S. COURT OF APPEALS FOR THE ELEVENTH CIRCUIT AND SERVED A COPY ON EACH PARTY OR THEIR COUNSEL OF RECORD, THIS 27th DAY OF April, 2022.

Devin (Velvel) Freedman
NAME OF COUNSEL (Print)

Devin Freedman
SIGNATURE OF COUNSEL