UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

CASE NO. 22-11150-G

L.T. Case No. 9:18-cv-80176-BB

IRA KLEIMAN, as the Personal Representative of the Estate of David Kleiman,

　　　*Appellant,*

vs.

CRAIG WRIGHT,

　　　*Appellee.*

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Produce 26.1 and Eleventh Circuit Rule 26.1-1, Appellant IRA KLEIMAN, as the Personal Representative of the Estate of Dave Kleiman, respectfully submits the following Certificate of Interested Parties and Corporate Disclosure Statement:

1. Ira Kleiman
2. The Estate of David Kleiman
3. BTCN 1610-491 LLC
4. Boies Schiller Flexner LLP
5. Roche Freedman LLP

Appellant certifies that no publicly traded company or corporation has an interested in the outcome of the case of appeal.

Dated April 27, 2022

Respectfully submitted,

*s/ Devin (Velvel) Freedman*
Devin (Velvel) Freedman, Esq.
Florida Bar No. 99762
ROCHE FREEDMAN LLP
1 SE 3rd Avenue, Suite 1240
Miami, FL 33131
vel@rochefreedman.com


Kyle W. Roche, Esq.
*Admitted Pro Hac Vice*
ROCHE FREEDMAN LLP
99 Park Avenue, Suite 1910
New York, NY 10016
kyle@rochefreedman.com

Andrew Brenner, Esq.
BOIES SCHILLER FLEXNER LLP
100 SE 2nd Avenue, Suite 2800
Miami, FL 33131
abrenner@bsfllp.com


*Counsel to Appellant Ira Kleiman as Personal Representative of the Estate of David Kleiman.*


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 27, 2022, I electronically filed the foregoing document with the United States Eleventh Circuit Court of appeals using CM/ECF, which will automatically provide a copy to all counsel of record.

*/s/ Devin (Velvel) Freedman*
Devin (Velvel) Freedman