# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-cv-80176-BLOOM/Reinhart

IRA KLEIMAN, *et al.*,

    Plaintiffs,

v.

CRAIG WRIGHT,

    Defendant.

_____/

## AMENDED FINAL JUDGMENT

**THIS CAUSE** is before the Court following entry of the Final Judgment, ECF No. [814], and Order on Motion to Amend Final Judgment, ECF No. [888] ("Order"). Pursuant to Rule 58, and for the reasons set forth in the Court's Order, it is **ORDERED AND ADJUDGED** as follows:

1. Judgment is entered in favor of Plaintiff W&K Info Defense Research, LLC, as to its claim against Defendant Craig Wright for Conversion in the amount of $100,000,000.00, for which sum let execution issue.

2. Consistent with the Court's Order, ECF No. [888], prejudgment interest shall be awarded in the amount of **$43,132,492.48** pursuant to Florida Statute § 55.03.

3. The Court reserves jurisdiction to award attorneys' fees and costs.

4. Post-judgment interest shall accrue on this Judgment pursuant to 28 U.S.C. § 1961.

**DONE AND ORDERED** in Chambers at Miami, Florida, on March 9, 2022.

                                                                                            BETH BLOOM
                                                                         UNITED STATES DISTRICT JUDGE

Copies to: Counsel of Record