United States Court of Appeals
for the Eleventh Circuit

IRA KLEIMAN, as the Personal
Representative of the Estate of
David Kleiman,

    Appellant,

v.

                             Case No. 22-11150

CRAIG WRIGHT

    Appellee.

_____/

## APPELLEE'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT (CIP)

Pursuant to Fed. R. App. P. 26 and 11th Cir. R. 26.1-1(a), Appellee Craig Wright hereby submits the following Certificate of Interested Persons and Corporate Disclosure Statement:

1. Craig Steven Wright
2. Rivero Mestre LLP

Appellee certifies that no other judges, attorneys, persons, associations of persons, firms, partnerships, or corporations have an interest in the outcome of this appeal.

Date: May 9, 2022                                      Respectfully submitted,

                                                        By: s/ Andres Rivero

ANDRES RIVERO
Florida Bar No. 613819
ALAN H. ROLNICK
Florida Bar. No. 715085
ROBERT J. KUNTZ JR.
Florida Bar. No. 94668
SCHNEUR KASS
Florida Bar No. 100554

**RIVERO MESTRE LLP**
2525 Ponce de Leon Boulevard,
Suite 1000
Miami, Florida 33134
Telephone: (305) 445-2500
Fax: (305) 445-2505
Email: arivero@riveromestre.com
Email: arolnick@riveromestre.com
Email: rkuntz@riveromestre.com
Email: zkass@riveromestre.com
Email: receptionist@riveromestre.co

## CERTIFICATE OF SERVICE

    I CERTIFY that on May 9, 2022, I electronically filed this document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

                                        */s/* Andres Rivero