UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

CASE NO. 22-11150-G

L.T. Case No. 9:18-cv-80176-BB

IRA KLEIMAN, as the Personal Representative of the Estate of David Kleiman,

    *Appellant,*

vs.

CRAIG WRIGHT,

    *Appellee.*

## APPELLANT'S REPLY TO APPELLEE'S RESPONSE TO CIVIL APPEAL STATEMENT

Devin (Velvel) Freedman, Esq.
Florida Bar No. 99762
ROCHE FREEDMAN LLP
1 SE 3rd Avenue, Suite 1240
Miami, FL 33131
vel@rochefreedman.com

Kyle W. Roche, Esq.
*Admitted Pro Hac Vice*
ROCHE FREEDMAN LLP
99 Park Avenue, Suite 1910
New York, NY 10016
kyle@rochefreedman.com

Andrew Brenner, Esq.
BOIES SCHILLER FLEXNER LLP
100 SE 2nd Avenue, Suite 2800

Miami, FL 33131
abrenner@bsfllp.com

*Counsel to Appellant Ira Kleiman as Personal Representative of the Estate of David Kleiman.*

### CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Produce 26.1 and Eleventh Circuit Rule 26.1-1, Appellant IRA KLEIMAN, as the Personal Representative of the Estate of Dave Kleiman, respectfully submits the following Certificate of Interested Parties and Corporate Disclosure Statement:

1. Ira Kleiman

2. The Estate of David Kleiman

3. BTCN 1610-491 LLC

4. Boies Schiller Flexner LLP

5. Roche Freedman LLP

Appellant certifies that no publicly traded company or corporation has an interested in the outcome of the case of appeal.

## REPLY TO APPELLEE'S RESPONSE TO
## CIVIL APPEAL STATEMENT

Appellee filed a response correctly noting an error in the Civil Appeal Statement ("CAS") filed herein by Plaintiff-Appellant. Specifically, the CAS incorrectly stated that $143,132,492.48 was awarded to "Plaintiff/Appellant," when that judgment was only awarded to one plaintiff below, W&K Info Defense Research, LLC ("W&K"), which has not appealed.

The Estate is filing a corrected CAS contemporaneously with this Reply, but notes that it would have happily corrected the error voluntarily if Appellee had simply alerted us to the error before filing a response.

Dated May 9, 2022　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　*s/ Devin (Velvel) Freedman*
　　　　　　　　　　　　　　　　　　Devin (Velvel) Freedman, Esq.
　　　　　　　　　　　　　　　　　　Florida Bar No. 99762
　　　　　　　　　　　　　　　　　　ROCHE FREEDMAN LLP
　　　　　　　　　　　　　　　　　　1 SE 3rd Avenue, Suite 1240
　　　　　　　　　　　　　　　　　　Miami, FL 33131
　　　　　　　　　　　　　　　　　　vel@rochefreedman.com

　　　　　　　　　　　　　　　　　　Kyle W. Roche, Esq.
　　　　　　　　　　　　　　　　　　*Admitted Pro Hac Vice*
　　　　　　　　　　　　　　　　　　ROCHE FREEDMAN LLP
　　　　　　　　　　　　　　　　　　99 Park Avenue, Suite 1910
　　　　　　　　　　　　　　　　　　New York, NY 10016
　　　　　　　　　　　　　　　　　　kyle@rochefreedman.com

>Andrew Brenner, Esq.
>BOIES SCHILLER FLEXNER LLP
>100 SE 2nd Avenue, Suite 2800
>Miami, FL 33131
>abrenner@bsfllp.com
>
>*Counsel to Appellant Ira Kleiman as Personal Representative of the Estate of David Kleiman.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 9, 2022, I electronically filed the foregoing document with the United States Eleventh Circuit Court of appeals using CM/ECF, which will automatically provide a copy to all counsel of record.

>*/s/ Devin (Velvel) Freedman*
>Devin (Velvel) Freedman