IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 22-11150-GG

_____

IRA KLEIMAN,
as the Personal Representative of the
Estate of David Kleiman,

                              Plaintiff - Appellant,

versus

CRAIG WRIGHT,

                              Defendant - Appellee.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

ORDER:

The motion for extension of time to and including July 18, 2022, in which to file Appellant's brief is GRANTED, with the appendix due seven (7) days from the filing of the brief.

                                                  /s/ Andrew L. Brasher
                                                UNITED STATES CIRCUIT JUDGE