IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

Case No. 22-11150-GG
L.T. Case No. 9:18-cv-80176-BB

_____

IRA KLEIMAN, as the Personal Representative of the Estate of David Kleiman,
*Plaintiff-Appellant*,

v.

CRAIG WRIGHT,
*Defendant-Appellee*.

_____

### APPELLANT'S UNOPPOSED SECOND MOTION FOR EXTENSION OF TIME TO FILE OPENING BRIEF
_____

Devin (Velvel) Freedman, Esq.
ROCHE FREEDMAN LLP
1 SE 3rd Avenue, Suite 1240
Miami, FL 33131
vel@rochefreedman.com

Kyle W. Roche, Esq. (*Pro Hac Vice*)
ROCHE FREEDMAN LLP
99 Park Avenue, Suite 1910
New York, NY 10016
kyle@rochefreedman.com

Andrew Brenner, Esq.
BOIES SCHILLER FLEXNER LLP
100 SE 2nd Avenue, Suite 2800
Miami, FL 33131
abrenner@bsfllp.com

*Counsel to Appellant Ira Kleiman as Personal Representative of the Estate of David Kleiman.*

# CERTIFICATE OF INTERESTED PERSONS
# AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 26.1 of the Federal Rules of Appellate Procedure and Eleventh Circuit Rule 26.1, Appellant IRA KLEIMAN, as the Personal Representative of the Estate of Dave Kleiman ("Appellant"), respectfully submits the following Certificate of Interested Parties and Corporate Disclosure Statement:

1. Ira Kleiman

2. The Estate of David Kleiman

3. BTCN 1610-491 LLC

4. Boies Schiller Flexner LLP

5. Roche Freedman LLP

Appellant certifies that no publicly traded company or corporation has an interest in the outcome of the case on appeal.

Pursuant to Eleventh Circuit Rule 31-2(d), Appellant respectfully moves for a 30-day extension of time, through August 17, 2022, to file the opening brief in this matter. Appellee does not oppose the requested extension.

On May 13, 2022, the Court granted Appellant's first motion for extension to time, which made Appellant's opening brief due on July 18, 2022. While Appellant has been working diligently to review the voluminous record and prepare its opening brief, good cause exists to grant Appellant's second request for an extension of time to file its opening brief due to extraordinary circumstances that have arisen and were not foreseeable at the time the first request was made.

Appellant's counsel at Boies Schiller Flexner LLP with primary responsibility for preparing the opening brief unexpectedly contracted COVID on June 13, 2022, did not test negative until July 2, 2022, and was exposed to COVID again on July 5, 2022, by a member of his household. As a result, counsel has been, and continues to, suffer from COVID related symptoms including respiratory issues and migraines that have greatly disrupted his ability work on the opening brief.

<u>Certificate of Consultation</u>. Pursuant to Eleventh Circuit Rule 26-1, Counsel for Appellee has authorized the undersigned to indicate that Appellee does not object to the requested extension of time.

WHEREFORE, for all the forgoing reasons, Appellant respectfully requests the Court extend the time in which to file its opening brief by 30-days, until and

including August 17, 2022.

Dated: July 7, 2022

          Respectfully Submitted,

          Andrew S. Brenner, Esq.
          BOIES SCHILLER FLEXNER LLP
          100 SE 2nd Avenue, Suite 2800
          Miami, FL 33131
          abrenner@bsfllp.com

          Devin (Velvel) Freedman, Esq.
          ROCHE FREEDMAN LLP
          1 SE 3rd Avenue, Suite 1240
          Miami, FL 33131
          vel@rochefreedman.com

          Kyle W. Roche, Esq. (*Pro Hac Vice*)
          ROCHE FREEDMAN LLP
          99 Park Avenue, Suite 1910
          New York, NY 10016
          kyle@rochefreedman.com

          *Counsel to Appellant Ira Kleiman as Personal Representative of the Estate of David Kleiman.*

## CERTIFICATE OF COMPLIANCE

This document complies with the word limit of Fed. R. App. P. 27(d)(2)(A) because this document contains 245 words. This document complies with Eleventh Circuit Rule 27-1(a)(10) and the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Times New Roman font.

/s/ *Andrew Brenner*
Andrew S. Brenner

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 7, 2022, a true and correct copy of the foregoing was filed with the Clerk of Court via the Court's CM/ECF system for electronic service on all counsel of record.

/s/ *Andrew Brenner*
Andrew S. Brenner