# United States Court of Appeals
## *for the*
## Eleventh Circuit

———

IRA KLEIMAN, as the Personal Representative of the Estate of David Kleiman,

*Plaintiff/Appellant,*

– v. –

CRAIG WRIGHT,

*Defendant/Appellee.*

———

APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO: 9:18-cv-80176-BB
(Hon. Beth Bloom)

## PLAINTIFF-APPELLANT'S MOTION TO FILE CORRECTED BRIEF

ANDREW BRENNER
BOIES SCHILLER FLEXNER LLP
100 SE 2nd Avenue, Suite 2800
Miami, Florida 33131
abrenner@bsfllp.com

DEVIN (VELVEL) FREEDMAN
ROCHE FREEDMAN LLP
1 SE 3rd Avenue, Suite 1240
Miami, Florida 33131
(305) 753-3675
vel@rochefreedman.com

KYLE W. ROCHE *(Pro Hac Vice)*
ROCHE FREEDMAN LLP
99 Park Avenue, Suite 1910
New York, New York 10016
kyle@rochefreedman.com

*Counsel for Plaintiff/Appellant*

Ira Kleiman v. Craig Wright, 22-11150

# CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Produce 26.1 and Eleventh Circuit Rule 26.1-1, Appellant IRA KLEIMAN, as the Personal Representative of the Estate of David Kleiman, respectfully submits the following Certificate of Interested Parties and Corporate Disclosure Statement:

1. The Honorable Judge Beth Bloom, *U.S. District Judge*
2. Boies Schiller Flexner LLP, *Counsel for Plaintiff-Appellant*
3. Brenner, Andrew, *Counsel for Plaintiff-Appellant*
4. BTCN 1610-491 LLC (CE)
5. Delich, Joseph, *Counsel for Plaintiff-Appellant*
6. Devine Goodman & Rasco, LLP, *Counsel for non-party Andrew O'Hagan*
7. Economides, Constantine Philip *Counsel for Plaintiff-Appellant*
8. Estate of David Kleiman, *Plaintiff-Appellant*
9. Fernandez, Amanda Lara, *Counsel for Defendant-Appellee*
10. Fernandez, Michael, *Counsel for Defendant-Appellee*
11. Freedman, Velvel, *Counsel for Plaintiff-Appellant*
12. Glaser, Patricia, *Counsel for non-party John Doe*

C-1

13. Glaser Weil Fink Howard Avchen & Shapiro LLP, *Counsel for non-party John Doe*

14. Harrison, Laselve, *Counsel for Plaintiff-Appellant*

15. *Holtzman, Alexander, *Counsel for Plaintiff-Appellant*

16. Kass, Zalman, *Counsel for Defendant-Appellee*

17. Kleiman, Ira, *Plaintiff-Appellant*

18. Lagos, Stephen, *Counsel for Plaintiff-Appellant*

19. Licata, Samantha, *Counsel for Plaintiff-Appellant*

20. Lohr, Whitney, *Counsel for Defendant-Appellee*

21. *Markoe, Zaharah, *Counsel for Defendant-Appellee*

22. McGovern, Amanda *Counsel for Defendant-Appellee*

23. Mestre, Jorge, *Counsel for Defendant-Appellee*

24. Payne, Darrell Winston, *Counsel for non-party John Doe*

25. Pritt, Maxwell, *Counsel for Plaintiff-Appellant*

26. Rasco, Guy Austin, *Counsel for non-party Andrew O'Hagan*

27. The Honorable Judge Bruce Reinhart, *U.S. District Magistrate Judge*

28. Rivero, Andres, *Counsel for Defendant-Appellee*

29. Rivero Mestre LLP, *Counsel for Defendant-Appellee*

30. Roche Freedman LLP, *Counsel for Plaintiff-Appellant*

31. Roche, Kyle, *Counsel for Plaintiff-Appellant*

C-2

32. Rolnick, Alan, *Counsel for Defendant-Appellee*

33. Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A., *Counsel for non-party John Doe*

34. Wright, Craig, *Defendant-Appellee*

35. Zack, Stephen, *Counsel for Plaintiff-Appellant*

\* = no longer involved in representation

Appellant certifies that no publicly traded company or corporation has an interest in the outcome of the case of appeal.

**<u>PLAINTIFF-APPELLANT'S MOTION TO FILE CORRECTED BRIEF</u>**

Plaintiff-Appellant, IRA KLEIMAN, as personal representative of the Estate of David Kleiman, by and through his undersigned counsel, respectfully move pursuant to Fed. R. App. P. 27 for leave to file a corrected Opening Brief. The grounds for this motion are as follows:

1. On August 17, 2023, Plaintiff-Appellant timely filed their Opening Brief in the above captioned matter.
2. Plaintiff-Appellant's Opening Brief contains certain citations errors.
    a. First, the cite to "P306" on page 4 was made in error. The correct cite is ECF [611-20], at 82:9-12, 82:16-21, 88:8-17, 89:6-90:9, 99:21-100:9, 101:1-7, 144:23-145:4.
    b. Second, the cite to Trial Transcript Day 5 at 68:7-21 on page 17 is missing a docket number and should include ECF [841].
    c. Third, the docket cite ECF [840] Trial Tr. Day 4 at 17:20-23 on page 16 is missing a number and should read 17**4**:20-23.
    d. Fourth, the cites [840] Trial Tr. Day 4 at 84:1-2 and ECF [838] Trial Tr. Day 2 at 184:19-24 on page 47 were made in error should be removed.

1

      e. Lastly, the cite to ECF [839] Day 3 Trial Tr. at 19:23-20:1 on page 4 should instead be ECF [611-14] at 49:13-50:19, 139:8-16, 140:1-3.

3. In order to correct the citation errors, Plaintiff-Appellant has prepared a corrected brief, attached hereto as Exhibit A.

4. Defendant-Appellee, through counsel, does not oppose this motion.

WHEREFORE, for the foregoing reasons, Plaintiff-Appellant respectfully requests leave to file a corrected brief.

DATED this 25th day of August 2022.

Respectfully Submitted,

*/s/ Devin (Velvel) Freedman*
Devin (Velvel) Freedman
ROCHE FREEDMAN LLP
1 SE 3rd Avenue, Suite 1240
Miami, Florida 33131
(305) 753-3675
vel@rochefreedman.com

Kyle W. Roche *(Pro Hac Vice)*
ROCHE FREEDMAN LLP
99 Park Avenue, Suite 1910
New York, New York 10016
kyle@rochefreedman.com

Andrew Brenner
BOIES SCHILLER FLEXNER LLP
100 SE 2nd Avenue, Suite 2800
Miami, Florida 33131
abrenner@bsfllp.com

2

# **CERTIFICATE OF COMPLIANCE**

This brief complies with the type-volume limitations of Fed. R. App. P. 32(a)(7)(B) as the brief contains 239 words, excluding those parts exempted by 11th Cir. Local R. 32-4.

This motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) as this brief has been prepared in a proportionally spaced typeface using Microsoft Word in 14 point Times New Roman font.

*/s/ Devin (Velvel) Freedman*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 25, 2022, a copy of the motion was served on all counsel of record via CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Electronic Filing.

<em>/s/ Devin (Velvel) Freedman</em>