# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

August 26, 2022

Devin Freedman
Roche Freedman, LLP
1 SE 3RD AVE STE 1240
MIAMI, FL 33131

Appeal Number: 22-11150-GG
Case Style: Ira Kleiman v. Craig Wright
District Court Docket No: 9:18-cv-80176-BB

Electronic Filing
All counsel must file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause

The following action has been taken in the referenced case:

Appellant's motion to file a corrected brief is granted by clerk. Appellee's brief is due on September 26th.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Joseph Caruso, GG
Phone #: (404) 335-6177

MOT-2 Notice of Court Action