# United States Court of Appeals
### *for the*
# Eleventh Circuit

---

IRA KLEIMAN, as the Personal Representative of the Estate of David Kleiman,

*Plaintiff/Appellant,*

– v. –

CRAIG WRIGHT,

*Defendant/Appellee.*

---

APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO: 9:18-cv-80176-BB
(Hon. Beth Bloom)

## APPELLANT'S APPENDIX – VOLUME NINE
## FILED UNDER SEAL

ANDREW BRENNER
BOIES SCHILLER FLEXNER LLP
100 SE 2nd Avenue, Suite 2800
Miami, Florida 33131
abrenner@bsfllp.com

DEVIN (VELVEL) FREEDMAN
ROCHE FREEDMAN LLP
1 SE 3rd Avenue, Suite 1240
Miami, Florida 33131
(305) 753-3675
vel@rochefreedman.com

KYLE W. ROCHE *(Pro Hac Vice)*
ROCHE FREEDMAN LLP
99 Park Avenue, Suite 1910
New York, New York 10016
kyle@rochefreedman.com

*Counsel for Plaintiff/Appellant*

# TABLE OF CONTENTS

**VOLUME I:**

**TAB DS** – District Court Docket Sheet ................................................................. 1

**TAB 1** – Complaint
    Filed February 14, 2018 ............................................................................. 53

Exhibit to Motion to Dismiss the Complaint
    Filed April 16, 2018:

    **TAB 12-2** – Exhibit B, Declaration of Craig Wright .................................. 91

**TAB 24** – Amended Complaint and Jury Demand
    Filed May 14, 2018 .................................................................................... 97

Exhibit to Motion to Dismiss Amended Complaint
    Filed June 15, 2018:

    **TAB 33-3** – Exhibit C, Declaration of Craig Wright ............................... 150

**TAB 80** – Answer to Amended Complaint
    Filed January 10, 2019 ............................................................................. 157

**TAB 83** – Second Amended Complaint and Jury Demand
    Filed January 14, 2019 ............................................................................. 191

**VOLUME II:**

    **TAB 83-1** – Exhibit 1 ............................................................................. 240

    **TAB 83-2** – Exhibit 2 ............................................................................. 336

    **TAB 83-3** – Exhibit 3 ............................................................................. 341

    **TAB 83-4** – Exhibit 4 ............................................................................. 344

    **TAB 83-5** – Exhibit 5 ............................................................................. 449

**VOLUME III:**

**TAB 83-6** – Exhibit 6 ................................................................................ 460

**TAB 83-7** – Exhibit 7 ................................................................................ 463

**TAB 83-8** – Exhibit 8 ................................................................................ 468

**TAB 83-9** – Exhibit 9 ................................................................................ 482

**TAB 83-10** – Exhibit 10 ............................................................................ 494

**TAB 83-11** – Exhibit 11 ............................................................................ 509

**TAB 83-12** – Exhibit 12 ............................................................................ 524

**TAB 83-13** – Exhibit 13 ............................................................................ 566

**TAB 83-14** – Exhibit 14 ............................................................................ 568

**TAB 83-15** – Exhibit 15 ............................................................................ 573

**TAB 83-16** – Exhibit 16 ............................................................................ 583

**TAB 83-17** – Exhibit 17 ............................................................................ 585

**TAB 83-18** – Exhibit 18 ............................................................................ 587

**TAB 83-19** – Exhibit 19 ............................................................................ 595

**TAB 83-20** – Exhibit 20 ............................................................................ 600

**TAB 83-21** – Exhibit 21 ............................................................................ 622

**TAB 83-22** – Exhibit 22 ............................................................................ 632

**TAB 83-23** – Exhibit 23 ............................................................................ 640

**TAB 83-24** – Exhibit 24 ............................................................................ 643

**TAB 83-25** – Exhibit 25 ................................................................. 665

**TAB 83-26** – Exhibit 26 ................................................................. 667

**TAB 83-27** – Exhibit 27 ................................................................. 675

**VOLUME IV:**

**TAB 83-28** – Exhibit 28 ................................................................. 684

**TAB 83-29** – Exhibit 29 ................................................................. 693

**TAB 83-30** – Exhibit 30 ................................................................. 700

**TAB 83-31** – Exhibit 31 ................................................................. 705

**TAB 83-32** – Exhibit 32 ................................................................. 707

**TAB 83-33** – Exhibit 33 ................................................................. 709

**TAB 87** – Amended Answer to Second Amended Complaint
   Filed January 28, 2019 ................................................................. 711

**TAB 127** – Joint Discovery Memorandum
   Filed March 24, 2019 ................................................................. 747

Exhibits to Motion for Judgment on the Pleadings for Lack of Subject Matter Jurisdiction
   Filed April 15, 2019

   **TAB 144-1** – Exhibit A ................................................................. 757

   **TAB 144-6** – Exhibit F ................................................................. 758

**TAB 154** – Notice of Withdrawing Exhibit
   Filed April 18, 2019 ................................................................. 759

**TAB 159** – Plaintiff's Memorandum in Opposition to Defendant's Motion for Judgment on the Pleadings for Lack of Subject Matter Jurisdiction
   Filed April 28, 2019 ................................................................. 761

**TAB 217** – Order on Plaintiff's Motion to Compel
Filed June 14, 2019............................................................................ 780

**TAB 222** – Redacted Declaration of Craig Wright
Filed June 20, 2019............................................................................ 785

**TAB 236** – Excerpt of Transcript of Evidentiary Hearing, 6/28/19
Filed July 2, 2019 .............................................................................. 789

Exhibit to Motion for Leave to File Exhibits to Supplemental Record
Filed July 9, 2019

    **TAB 242-2** – Exhibit 2............................................................................ 794

**TAB 265** – Order Denying Motion for Judgment on the Pleadings
Filed August 15, 2019 ....................................................................... 804

**TAB 277** – Order on Plaintiff's Motion to Compel
Filed August 27, 2019 ....................................................................... 816

    **TAB 277-1** – Exhibit 1............................................................................ 845

**TAB 311** – Dr. Craig Wright's Objection to Magistrate Order "Deeming" Certain Facts Established and "Striking" Certain Affirmative Defenses
Filed November 25, 2019 ................................................................. 849

**TAB 312-1** – Excerpt of Redacted Deposition Transcript of Craig Steven Wright, 4/4/19
Filed November 26, 2019 ................................................................. 878

## VOLUME V:

**TAB 332** – Plaintiff's Response to Defendant's Objection to Magistrate Order "Deeming" Certain Facts Established and "Striking" Certain Affirmative Defenses
Filed December 16, 2019.................................................................. 883

**TAB 373** – Order Affirming in Part and Reversing in Part Order Re: Plaintiff's Motion to Compel
Filed January 10, 2020...................................................................... 918

**TAB 376** – Craig Wright's Notice of Compliance with Court's January 10, 2020 Order
　　Filed January 14, 2020............................................................................... 941

**TAB 488-17** – Excerpt of Deposition Transcript of Lynn Carroll Wright, 1/13/20
　　Filed May 8, 2020 ..................................................................................... 943

**TAB 510** – Plaintiff's Omnibus Motion in Limine
　　Filed May 18, 2020.................................................................................... 949

**TAB 523** – Dr. Craig Wright's Opposition to Plaintiff's Omnibus Motion in Limine
　　Filed May 22, 2020.................................................................................... 973

**TAB 541** – Notice of Supplemental Evidence Supporting Plaintiff's Omnibus Motion for Sanctions
　　Filed May 27, 2020.................................................................................... 991

　　**TAB 541-1** – Exhibit 1 .................................................................... 994

**VOLUME VI:**

**TAB 558** – Plaintiff's Reply in Support of His Omnibus Motion in Limine
　　Filed June 2, 2020................................................................................... 1001

**TAB 595** – Order Denying Plaintiff's Omnibus Sanctions Motion
　　Filed June 24, 2020................................................................................. 1014

Notice by Craig Wright, Joint Notice of Filing Deposition Designations
　　Filed August 3, 2020

　　**TAB 611-14** – Excerpt of Deposition Transcript of Jamie R. Wilson, November 8, 2019 ................................................................................. 1053

　　**TAB 611-20** – Excerpt of Deposition Transcript of Andrew O'Hagan, March 17, 2020..................................................................................... 1061

**TAB 615** – Omnibus Order Denying Motion for Summary Judgment
　　Filed September 21, 2020....................................................................... 1073

**TAB 623** – Omnibus Order Granting in Part and Denying in Part Defendant's Motion in Limine
    Filed November 18, 2020 ........................................................................ 1166

**TAB 794** – Request for Adverse Inference Jury Instruction or, Alternatively, Judicial Admission Jury Instruction
    Filed November 20, 2021 ........................................................................ 1196

    **TAB 794-1** – Exhibit A ............................................................................ 1206

    **TAB 794-2** – Exhibit B ............................................................................ 1209

**VOLUME VII:**

    **TAB 794-3** – Exhibit C ............................................................................ 1212

**TAB 800-1** – Court's Instructions to the Jury
    Filed November 22, 2021 ........................................................................ 1242

Exhibits to Notice by Ira Kleiman, W&K Info Defense Research, LLC re Exhibit List
    Filed December 16, 2021

    **TAB 828-3** – Exh. D008 – Redacted Letter from Karp Law Firm to Mr. Tosi ................................................................................................... 1264

    **TAB 828-111** – Exh. JE22 – Will Prepared for David Alan Kleiman .... 1267

    **TAB 829-30** – Exh. P122 – email chain ................................................ 1272

    **TAB 829-41** – Exh. P149 – email chain ................................................ 1276

    **TAB 829-48** – Exh. P161 – email chain ................................................ 1278

    **TAB 829-55** – Exh. P189 – email chain ................................................ 1304

**TAB 837** – Excerpt of Transcript of Trial (Day 1), 11/1/21
    Filed December 20, 2021 ........................................................................ 1305

**TAB 838** – Excerpt of Transcript of Trial (Day 2), 11/2/21
   Filed December 20, 2021 .................................................................. 1309

**TAB 839** – Excerpt of Transcript of Trial (Day 3), 11/3/21
   Filed December 20, 2021 .................................................................. 1313

**TAB 840** – Excerpt of Transcript of Trial (Day 4), 11/4/21
   Filed December 20, 2021 .................................................................. 1318

**TAB 841** – Excerpt of Transcript of Trial (Day 5), 11/5/21
   Filed December 20, 2021 .................................................................. 1328

**TAB 843** – Excerpt of Transcript of Trial (Day 7), 11/9/21
   Filed December 20, 2021 .................................................................. 1331

**TAB 851** – Excerpt of Transcript of Trial (Day 15), 11/23/21
   Filed December 20, 2021 .................................................................. 1336

**TAB 861** – The Estate of David Kleiman's Motion for a New Trial Based on Violations of Order Excluding Sibling Relationship Evidence
   Filed January 4, 2022 ....................................................................... 1342

   **TAB 861-1** – Exhibit A ............................................................... 1357

   **TAB 861-2** – Exhibit B ............................................................... 1391

   **TAB 861-3** – Exhibit C ............................................................... 1398

   **TAB 861-4** – Exhibit D ............................................................... 1403

   **TAB 861-5** – Exhibit E ............................................................... 1409

   **TAB 861-6** – Exhibit F ............................................................... 1417

   **TAB 861-7** – Exhibit G ............................................................... 1423

**VOLUME VIII:**

**TAB 869 –** Dr. Craig S. Wright's Opposition to the Estate of David Kleiman's Motion for a New Trial
    Filed January 18, 2022 ........................................................................ 1426

Exhibits to Notice by Craig Wright re Exhibit List, Second Supplemental Joint Notice of filing Admitted Exhibits
    Filed January 31, 2022

    **TAB 878-3 –** Exh. P172 – Transcript of Interview with Craig Wright, August 11, 2014 ................................................................................ 1446

    Exh. P173 – Transcript of Interview with Craig Wright, August 18, 2014 ................................................................................ 1492

Exhibits to Notice by Craig Wright re Exhibit List, Second Supplemental Joint Notice of filing Admitted Exhibits
    Filed February 17, 2022

    **TAB 885-9 –** Exh. P464 – Redacted email chain .................................. 1538

**TAB 887 –** Order on Motion for New Trial
    Filed February 28, 2022 ..................................................................... 1652

**TAB 889 –** Amended Final Judgment
    Filed March 9, 2022 ........................................................................... 1662

**TAB CS –** Certificate of Service

**SEALED VOLUME**

**VOLUME IX:**

**TAB 404-1 –** Craig Wright's Confidential Response to Plaintiff's Interrogatory
    Filed February 24, 2020 ..................................................................... 1663

**TAB 507 –** Plaintiff's Omnibus Sanctions Motion

    Filed May 15, 2020 .................................................................................. 1673

    **TAB 507-1** – Exhibit 1 ............................................................................. 1701

    **TAB 507-8** – Exhibit 8 ............................................................................. 1709

Exhibit to Notice by Ira Kleiman, W&K Info Defense Research, LLC re Exhibit List

    Filed December 16, 2021

    **TAB 828-3** – Exh. D008 – Unredacted Letter from Karp Law Firm to Mr. Tosi, 6/18/15 ..................................................................................... 1714

Sealed Exhibits filed December 17, 2021

    **TAB 834** – Exh. D099 – Excerpt of Progress Notes ................................. 1717

    Exh. D102 – Excerpt of Progress Notes ..................................................... 1719

**TAB CS** – Certificate of Service

# FILED UNDER SEAL

# TAB CS

**CERTIFICATE OF SERVICE**

     I hereby certify that on September 7, 2022, 2 copies of the appendix were dispatched for delivery to the Clerk's Office of the United States Court of Appeals for the Eleventh Circuit by third-party commercial carrier for overnight delivery at the following address:

David J. Smith
Clerk of Court
U.S. Court of Appeals for the 11th Circuit
56 Forsyth St., N.W.
Atlanta, Georgia 30303

     On this same date, a copy of the public volumes of the appendix was served on all counsel of record via CM/ECF and a copy of the sealed volume 9 of the appendix was served on the following via third party commercial carrier for delivery within three days:

    Andres Rivero
    Amanda L. Fernandez
    Allison Henry
    Robert J. Kuntz, Jr.
    Amanda McGovern
    Jorge A. Mestre
    Alan H. Rolnick
    Daniela T. Sierra
    Rivero Mestre, LLP
    2525 Ponce de Leon Blvd., Ste. 1000
    Coral Gables, FL 33134

    Michael A. Fernandez
    Rivero Mestre, LLP
    565 5th Ave., 7th Floor
    New York, NY 10017

    Schneur Kass
    4821 NW 65th St.
    Lauderhill FL 33319

*/s/ Robyn Cocho*
Counsel Press

Filing and service were performed by direction of counsel.