IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 22-11150-GG

_____

IRA KLEIMAN,
as the Personal Representative of the
Estate of David Kleiman,

                                      Plaintiff - Appellant,

W&K INFO DEFENSE RESEARCH, LLC,

                                      Plaintiff,

versus

CRAIG WRIGHT,

                                      Defendant - Appellee.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

ORDER:

The motion for extension of time to and including February 9, 2023, in which to file Appellant's reply brief is GRANTED.

                                      /s/ Robin S. Rosenbaum
                                      UNITED STATES CIRCUIT JUDGE