**22-11150**

# United States Court of Appeals

*for the*

# Eleventh Circuit

IRA KLEIMAN, as the Personal Representative of the Estate of David Kleiman,

*Plaintiff/Appellant,*

– v. –

CRAIG WRIGHT,

*Defendant/Appellee.*

APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO: 9:18-cv-80176-BB
(Hon. Beth Bloom)

## APPELLANT'S SUPPLEMENTAL APPENDIX

DEVIN (VELVEL) FREEDMAN
FREEDMAN NORMAND
FRIEDLAND LLP
1 SE 3rd Avenue, Suite 1240
Miami, Florida 33131
(305) 753-3675
vel@fnf.law

ANDREW BRENNER
BOIES SCHILLER FLEXNER LLP
100 SE 2nd Avenue, Suite 2800
Miami, Florida 33131
abrenner@bsfllp.com

*Counsel for Plaintiff/Appellant*

# TABLE OF CONTENTS

Exhibit to Notice by Ira Kleiman, W&K Info Defense Research, LLC re Exhibit List
>Filed December 16, 2021

>**TAB 829-135** – Exh. P727 – email chain ...................................................... 1

Exhibit to Supplemental Joint Notice of Filing Exhibits
>Filed December 17, 2021

>**TAB 835-14** – Exh. P867 – email chain ...................................................... 10

**TAB CS –** Certificate of Service

# TAB 829-135

**From**:      Craig S Wright [A]
**Sent**:      5/2/2014 8:25:56 AM
**To**:        'Sommer, Andrew' [asommer@claytonutz.com]; 'Ira K' [clocktime2020@gmail.com]
**Subject**:   RE: Letter

Yes,
There shares were held "Non-Beneficially" under my name.

In effect, in trust for Dave and hence his estate. A while back we discussed the distribution and you stated how these were to be distributed. They are issued to you as a trust for yourself and your father in the allotted amount.

Craig

---

**From:** Sommer, Andrew [mailto:asommer@claytonutz.com]
**Sent:** Friday, 2 May 2014 8:10 AM
**To:** Ira K; Craig Wright
**Subject:** RE: Letter

Dear Ira

As I understand it, these were Founder Shares that were held by Dr Wright on behalf of the late Dave Kleiman's interest in the business. As such, they were transferred to you as the executor of the estate. I'm happy to be corrected by Dr Wright if that is not the case.

Accordingly, I would suggest in your cover email to the ATO you could state:

"Dear Mr Miller

Please find attached a letter with responses to your questions of 15 April.

I note you have also subsequently asked a further question about shares issued to me in an Australian company Coin-Exch Pty Ltd. I understand from Dr Wright that these shares represent an interest of my late brother in the activities of Dr Wright and were transferred to me as the executor of his estate. As such, I was aware of the transfer of the shares. However, I did not provide any payment for these shares."

Look forward to discussing with you shortly.

Regards

Andrew

**From:** Ira K [mailto:clocktime2020@gmail.com]
**Sent:** Thursday, 1 May 2014 11:39 PM
**To:** Sommer, Andrew; Craig Wright
**Subject:** Re: Letter

How should I respond to their latest inquiry...

"I have also attached a document which has been lodged with the 'Australian Securities and Investments Commission' (ASIC) recently, by Craig Wright. It suggests that you acquired $10,500,000 worth of shares in an Australian Company 'Coin-Exch Pty Ltd'. Were you aware of this, and if so, in what form did you pay this share capital?"

Regards,

CONFIDENTIAL

DEFAUS_00628286

Ira


On Thu, May 1, 2014 at 5:42 AM, Sommer, Andrew <asommer@claytonutz.com> wrote:

Dear Ira


As requested and purely to assist you, I have prepared some draft answers to the questions raised by the ATO.


Of course, you will need to check these properly reflect your understanding and knowledge.  I have prepared these on the basis of my knowledge but some are assumptions that you will need to check.


I am happy to discuss these with you in our call.


Regards


Andrew


---

**From:** Craig S Wright [mailto:craig@rcjbr.org]
**Sent:** Wednesday, 16 April 2014 9:20 AM
**To:** 'Ira K'
**Cc:** Sommer, Andrew; ut.ng@hotwirepe.com
**Subject:** RE: Letter


Hello Ira,

No good deed goes unpunished.


I give you permission to talk to and go via the companies solicitor (lawyer), Andrew Sommer. He is CC'd. I believe you have spoken to Uyen already?


DEFAUS_00628287

2

You will have to state your answers, but as far as I can see:

1. I told you of them. They all occurred after Dave's death to ensure the completion of the contracts.

2. No, we started them, Dave died prior to the completion of all projects.

3. I could not answer, and I doubt any of us will get into Dave's drives in the short term.

4. I doubt Dave discussed this with anyone and unless you have gained access to his drives, it is locked away.

5. I doubt Dave discussed this with anyone and unless you have gained access to his drives, it is locked away.

6. W&K was run by Uyen following

7. You are best to answer this, but I always understood he did.

8. I doubt you would know. Dave was always a private person. If he spoke to you, he never informed me.

9. I believe I told you of this. I sent you the share transfer forms. So we completed it.

10. Why would you, you were never a director of W&K.

11. See 10.

12. I cannot remember which I have sent to you

13. You need to answer this, I do not know what you may have found in Dave's materials that was not encrypted.

14. We have the software. W&K is not the estate.


You have the shares in Coin-Exch already, so the transfer Dave and I agreed to has occurred.


Let me know if there is more you want. I am sure Uyen can also tell you more about Dave and I. Right now, Bitcoin is not the most friendly place to be.


Thanks,

Craig


---

**From:** Craig S Wright [mailto:craig.wright@hotwirepe.com]
**Sent:** Wednesday, 16 April 2014 9:05 AM
**To:** Craig Wright
**Subject:** FW: Letter

DEFAUS_00628288

**From:** Ira K [mailto:clocktime2020@gmail.com]
**Sent:** Wednesday, 16 April 2014 8:51 AM
**To:** Craig S Wright
**Subject:** Re: Letter

Hi Craig,

I just received a email from the Australian Taxation Office and

they want me to answer some questions regarding W&K.

I am attaching the documents they sent me.

How would you like me to handle this?

Ira

On Thu, Mar 27, 2014 at 5:21 AM, Craig S Wright <craig.wright@hotwirepe.com> wrote:

I would love some.

Chinese year of the dog. Prefer to think of this as wolf 😁

Sent from my HTC

DEFAUS_00628289

----- Reply message -----
From: "Ira K" <clocktime2020@gmail.com>
To: "Craig S Wright" <craig.wright@hotwirepe.com>
Subject: Letter

Date: Thu, Mar 27, 2014 18:27


I was going through some of Dave's stuff last week.  He was crazy about wolves.


Did you ever see all the wolf pictures and figurines inside his house?   I personally

don't share the same fascination towards them as he, but I guess some people like my

neighbors do.  They are an elderly couple that call me over to help fix their computer

on occasion.  The other day I noticed they had magazine picture clippings of wolves

taped all over one of their walls so instantly I thought of Dave.  I went home and grabbed

one of his nicely framed wolf pictures with some poetic wording underneath it.  When I gave

it to them they were blown away at how beautiful it was.  Later that evening they phoned

to thank me again for the picture and said they proudly hung it in the center so everyone

could see it.  And they wanted me to know that my brothers spirit now lives on in their

house too, so I thought that was pretty cool.


I don't know if your fond of wolf stuff or not, but I'll save some in case you want any.



On Thu, Mar 27, 2014 at 1:39 AM, Craig S Wright <craig.wright@hotwirepe.com> wrote:

> No, just the BS in filing.


> As you may have guessed, I am not a fan or government.

CONFIDENTIAL

DEFAUS_00628290

Just all the things they make to jump through. I do understand the intention is to ensure that one is not ripping off another, but they actually make it harder to do the right thing than to not.

**From:** Ira K [mailto:clocktime2020@gmail.com]
**Sent:** Thursday, 27 March 2014 4:29 PM

**To:** Craig S Wright
**Subject:** Re: Letter

I'm not following.  Governments trying to access Dave's stuff?

Only news I read recently about government and btc was how the IRS will tax it as property.

Does that complicate things?

On Tue, Mar 25, 2014 at 8:06 PM, Craig S Wright <craig.wright@hotwirepe.com> wrote:

Bloody governments....

They make life difficult.

Why do we not have access to drives Dave encrypted....

Dumb bastards. Like anyone will have access to anything Dave encrypted if he did not want them to know,

**From:** Ira K [mailto:clocktime2020@gmail.com]
**Sent:** Thursday, 13 March 2014 4:07 PM

**To:** Craig S Wright
**Subject:** Re: Letter

DEFAUS_00628291

Craig,

I received the forms, signed them and returned to Angela.

Thanks for everything.  Our family is truly blessed to know you.

Sincerely,

Ira

On Wednesday, March 12, 2014, Craig S Wright <craig.wright@hotwirepe.com> wrote:

Ira,

Angela will be sending you the share transfer forms and certificates shortly.

Thanks

craig

**From:** Ira K [mailto:clocktime2020@gmail.com]
**Sent:** Wednesday, 12 March 2014 10:13 AM
**To:** Craig S Wright
**Subject:** Re: Letter

Addresses:

Ira Kleiman

7101 Geminata Oak Court

CONFIDENTIAL                                                                                         DEFAUS_00628292

7

Palm Beach Gardens, FL. 33410


Louis Kleiman

5104 Robino Circle

West Palm Beach FL. 33417


Craig, I don't know whats involved with being a director.

Can we talk more about that when you come to visit?


Thanks,

Ira




On Tuesday, March 11, 2014, Craig S Wright <craig.wright@hotwirepe.com> wrote:

Hello Ira,

As discussed, I have the letter.


As discussed, the 10,642,500 total founders shares in Coin-Exch Pty Ltd that are held by myself non-beneficially for Dave Kleiman's estate are to be distributed as follows:


- Ira Steven Kleiman (Yourself, Dave's brother)     8,514,000
- Louis L. Kleiman (Dave's Father)     2,128,500


You have the right to be appointed as a director or to appoint another. Do you wish to do this? You can make this decision at a later point.


Can you please provide your address and your father's address for the company records.

We will send a copy of the executed documents to you once we have lodged these.


Regards,

Craig


**From:**


This email is confidential. If received in error, please delete it from your system.


This email is confidential. If received in error, please delete it from your system.

DEFAUS_00628294

# TAB 835-14

| | |
|---|---|
| **From:** | Patrick Paige <patrick@computerforensicsllc.com> |
| **Sent:** | Thursday, February 13, 2014 2:10 AM |
| **To:** | Dex |
| **Subject:** | RE: what's up |
| | |
| **Flag Status:** | Flagged |

I got an email from a friend of Dave that said... (see below) I want to discuss this with you.


I know both of you knew Dave and trusted him.

Dave and I had a project in the US. He ran it there. We kept what we did secret.

The company he ran there mined Bitcoin. I do not believe there has been anything of this in the estate, but I also know his father is not IT literate. I would ask that if you know of any of his computers, that you help ensure that any wallet.dat files he has are saved. I know that is a long time, but I had thought Dave would have planned more for the end, but he did not always do that.

The amount DK mined is far too large to email. I know this is cryptic and I know I gave Dave the shits with this and some of the things we did in WK, but he was my best friend and I am not sure where else to contact.

I am not looking for anything, just that Dave's estate gets what was in it. I do not want any of it at all. Please note, I am not seeking anything in this, but I want his family taken care of.


*Patrick Paige* SCERS EnCE
*Computer Forensics LLC*
*1880 North Congress Ave Suite 333*
*Boynton Beach FL 33426*
*561.818.9208 Cell*
*www.ComputerForensicsLLC.com*

**From:** Dex [mailto:dex561@yahoo.com]
**Sent:** Wednesday, February 12, 2014 9:03 PM
**To:** Patrick Paige
**Subject:** what's up

Hey Patrick,

Just got your voice messages this evening.  What's going on?

Ira

1

KLEIMAN_00035345

10

# TAB CS

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 16, 2023, a copy of the appendix was served on all counsel of record via CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Electronic Filing.

*/s/ Devin (Velvel) Freedman*