# IN THE UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

Case No. 22-11150-GG
L.T. Case No. 9:18-cv-80176-BB

---

IRA KLEIMAN, as the Personal Representative of the Estate of David Kleiman,
*Plaintiff-Appellant*,

v.

CRAIG WRIGHT,
*Defendant-Appellee*.

---

## RIVERO MESTRE'S
## UNOPPOSED MOTION TO WITHDRAW AS COUNSEL

---

Andrés Rivero
RIVERO MESTRE LLP
2525 Ponce de León Blvd.,
Suite 1000
Miami, FL 33134
Tel: (305) 445-2500
Fax: (305) 445-2505
E-mail: arivero@riveromestre.com
Counsel for Appellee

## CERTIFICATE OF INTERESTED PERSONS
## AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 26.1 of the Federal Rules of Appellate Procedure and

Eleventh Circuit Rule 26.1, Rivero Mestre LLP, respectfully submits the following

Certificate of Interested Parties and Corporate Disclosure Statement:

1.    The Honorable Judge Beth Bloom, U.S. District Judge

2.    Boies Schiller Flexner LLP, Counsel for Plaintiff-Appellant

3.    Brenner, Andrew, Counsel for Plaintiff-Appellant

4.    Brown, Amy Christine, Counsel for Defendant-Appellee

5.    BTCN 1610-491 LLC (CE)

6.    Cech Samole, Brigid F., Counsel for Defendant-Appellee

7.    Delich, Joseph, Counsel for Plaintiff-Appellant

8.    Devine Goodman & Rasco, LLP, Counsel for non-party Andrew

       O'Hagan

9.    Economides, Constantine Philip Counsel for Plaintiff-Appellant

10.   Estate of David Kleiman, Plaintiff-Appellant

11.   Fernandez, Amanda Lara, Counsel for Defendant-Appellee

12.   Fernandez, Michael Alexander, Counsel for Defendant-Appellee

13.   Freedman, Velvel, Counsel for Plaintiff-Appellant

14.   Freedman Normand & Friedland LLP (formerly Roche Freedman

       LLP), Counsel for Plaintiff-Appellant

2

15.  *Freur, Leonard, Counsel for Defendant-Appellee

16.  Galbo, Robert, Counsel for Defendant-Appellee

17.  Gillenwater, James Evans, Counsel for Defendant-Appellee

18.  Glaser, Patricia, Counsel for non-party John Doe

19.  Glaser Weil Fink Howard Avchen & Shapiro LLP, Counsel for
     nonparty John Doe

20.  Greenberg Traurig LLP, Counsel for Defendant-Appellee

21.  Harrison, Laselve, Counsel for Plaintiff-Appellant

22.  Henry, Allison, Counsel for Defendant-Appellee

23.  *Holtzman, Alexander, Counsel for Plaintiff-Appellant

24.  Kass, Zalman, Counsel for Defendant-Appellee

25.  Kleiman, Ira, Plaintiff-Appellant

26.  Kuntz, Robert, Counsel for Defendant-Appellee

27.  Lagos, Stephen, Counsel for Plaintiff-Appellant

28.  Licata, Samantha, Counsel for Plaintiff-Appellant

29.  *Lohr, Whitney, Counsel for Defendant-Appellee

30.  *Markoe, Zaharah, Counsel for Defendant-Appellee

31.  Mestre, Jorge, Counsel for Defendant-Appellee

32.  Pandher, Bethany J. M., Counsel for Defendant-Appellee

33.  Payne, Darrell Winston, Counsel for non-party John Doe

34. Pritt, Maxwell, Counsel for Plaintiff-Appellant

35. Rasco, Guy Austin, Counsel for non-party Andrew O'Hagan

36. The Honorable Judge Bruce Reinhart, U.S. District Magistrate Judge

37. Rivero, Andres, Counsel for Defendant-Appellee

38. Rivero Mestre LLP, Counsel for Defendant-Appellee

39. Roche Freedman LLP (now Freedman Normand & Friedland LLP),
    Counsel for Plaintiff-Appellant

40. Roche, Kyle, Former Counsel for Plaintiff-Appellant

41. Rolnick, Alan, Counsel for Defendant-Appellee

42. Rosenson, Alexa Jane, Counsel for Defendant-Appellee

43. Scherker, Elliot H., Counsel for Defendant-Appellee

44. Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A., Counsel
    for non-party John Doe

45. Tenjido, Daniella, Counsel for Defendant-Appellee*

46. Wright, Craig, Defendant-Appellee

47. Zack, Stephen, Counsel for Plaintiff-Appellant

* = no longer involved in representation

Appellee certifies that no other judges, attorneys, persons, associations of
persons, firms, partnerships, or corporations have an interest in the outcome of this
appeal.

4

Rivero Mestre LLP and its attorneys, Andrés Rivero, Jorge A. Mestre, Robert Kuntz, Alan Rolnick, Schneur Kass, Michael A. Fernández, Amanda Fernandez, Amy Brown, and Allison Henry ("Rivero Mestre") respectfully move to withdraw as counsel of record for Dr. Craig Wright. In support of this request, Rivero Mestre states as follows:

1.    Dr. Wright has discharged Rivero Mestre as counsel.

2.    In accordance with Rule 4-1.16(a)(3) of the Rules Regulating the Conduct of the Florida Bar, Rivero Mestre is required to withdraw from representing Dr. Wright.

3.    Dr. Wright has engaged as new counsel Elliot H. Scherker, Brigid F. Cech Samole and Bethany J. M. Pandher from Greenberg Traurig, all of whom have made an appearance on the record.

Rivero Mestre also seeks the removal of Amanda McGovern and Daniela Tenjido as counsel of record. Ms. McGovern passed away in April of 2023, and Ms. Tenjido is no longer employed with Rivero Mestre and has not represented Dr. Wright since at least July of 2022. Both attorneys are listed as counsel of record on the docket. In an abundance of caution, Rivero Mestre also seeks their removal as counsel of record.

For the good reasons stated above, Rivero Mestre respectfully requests that the Court grant its request to withdraw.

Date: August 31, 2023                    Respectfully submitted,

By: s/ Andres Rivero
ANDRES RIVERO
Florida Bar No. 613819

**RIVERO MESTRE LLP**
2525 Ponce de Leon Boulevard,
Suite 1000
Miami, Florida 33134
Telephone: (305) 445-2500
Fax: (305) 445-2505
Email: arivero@riveromestre.com

## CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because it contains 209 words. This motion also complies with typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because this motion has been prepared in a proportionally spaced typeface using Microsoft Word Office Version 2013 and 14-point Times New Roman type style.

/s/ Andres Rivero

## **CERTIFICATE OF SERVICE**

I CERTIFY that on August 31, 2023, I electronically filed this document

with the Clerk of the Court using CM/ECF. I also certify that the foregoing

document is being served this day on all counsel of record via transmission of

Notices of Electronic Filing generated by CM/ECF.

*/s/* Andres Rivero