# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 22-11150

_____

IRA KLEIMAN,
as the Personal Representative of the
Estate of David Kleiman,

                                              Plaintiff-Appellant,

W&K INFO DEFENSE RESEARCH, LLC,

                                              Plaintiff,

*versus*

CRAIG WRIGHT,

                                              Defendant-Appellee.

_____

Appeal from the United States District Court
for the Southern District of Florida

2                      Order of the Court                      22-11150

D.C. Docket No. 9:18-cv-80176-BB

_____

ORDER:

Rivero Mestre LLP's motion to withdraw as counsel for the Appellee is GRANTED.

DAVID J. SMITH
Clerk of the United States Court of
Appeals for the Eleventh Circuit

ENTERED FOR THE COURT - BY DIRECTION