# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 22-11150

_____

IRA KLEIMAN,
as the Personal Representative of the
Estate of David Kleiman,

　　　　　　　　　　　　　　　　　　　　　　　　Plaintiff-Appellant,

W&K INFO DEFENSE RESEARCH, LLC,

　　　　　　　　　　　　　　　　　　　　　　　　Plaintiff,

*versus*

CRAIG WRIGHT,

　　　　　　　　　　　　　　　　　　　　　　　　Defendant-Appellee.

_____

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 9:18-cv-80176-BB

_____

JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: October 26, 2023

For the Court: DAVID J. SMITH, Clerk of Court